RECEIVED
MAR 28 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

MATTHIAS E. LUKENS,

Defendant.

CIVIL ACTION

FILE NO. 06-93ML

## CONSENT JUDGMENT AND ORDER

Defendant Matthias E. Lukens and Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor, have agreed to resolve all matters in controversy in this action and said parties do now consent to the entry of a Judgment and Order by this Court in accordance therewith.

A Complaint was filed and a Summons issued to Defendants on March 2, 2006. Defendant Lukens has waived the requirements of Rule 4, Federal Rules of Civil Procedure, as to service of summons, and has acknowledged receipt of Plaintiff's Complaint. Defendant Lukens has admitted to the jurisdiction of this Court over him and over the subject matter of this action.

In connection with the resolution of this matter, the Department of Labor will assess a penalty pursuant to ERISA § 502(l) of 20% of the "applicable recovery amount" as defined

in ERISA § 502, which "applicable recovery amount" in this case is $38,147.25. Defendant Lukens agrees to pay said penalty as directed by the assessment letter, except to the extent that he seeks and is granted a waiver in the Secretary's sole discretion, pursuant to ERISA § 502(l)(3)(B).

Now therefore, by consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendant is permanently enjoined from violating ERISA Sections 404 and 406, 29 U.S.C. Sections 1104 and 1106.

2. Defendant Lukens is permanently enjoined from serving in any future fiduciary capacity to any employee benefit plan within the meaning of ERISA Section 3(3), 29 U.S.C. Section 1002(3), except as necessary in order to effectuate the provisions of this Consent Judgment and Order.

3. On or before March 31, 2006, Defendant Lukens shall pay to the e-tel Corp. 401(k) Profit Sharing Plan ("the Plan") the amount of $38,147.25, representing principal and lost earnings.

On or before May 31, 2006, Defendant Lukens shall ensure that the non-fiduciary plan participants receive their share consistent with their entitlements to these contributions, plus a pro rata share of the accrued interest. Upon completion of said payments and allocations, Defendant Lukens shall have the Plan terminated.

4. Defendant Lukens shall submit the following, setting forth evidence of compliance with paragraph 3 of this Consent Judgment and Order:

ml

Within ten (10) days of making full payment to the Plan, Defendant Lukens shall submit to Plaintiff proof of payment made to the Plan;

and within thirty (30) days of completing disbursements to plan participants, Defendant Luken shall submit a written report to Plaintiff showing a full accounting of the proceeds allocated to the participants' accounts. Proof of payment and report of compliance shall be sent to the following address:

James M Benages, Regional Director
Employee Benefit Security Administration
U.S. Department of Labor, J.F. Kennedy Federal Building,
Room 575
Boston, MA 02203

5. Each party shall bear its own fees and expenses with respect to this action.

6. The Court shall retain jurisdiction of this matter for purposes of enforcing this Consent Judgment and Order.

7. Nothing in this Judgment is binding on any governmental agency other than the United States Department of Labor.

IT IS SO ORDERED THIS 28th day of March, 2006.

Mary M. Lisi
United States District Judge

Consented to by:

For the Plaintiff, Elaine L. Chao, Secretary of Labor:

Howard M. Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

Gail E. Glick  3-24-06
Gail E. Glick  Dated
Trial Attorney

U.S. Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room E-375
Boston, MA 02203
TEL: 617-565-2500

For the Defendant:

3/13/06
Matthias E. Lukens  Dated